IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMONTE BRINKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-032 |
| | ) | |
| TYRONE OLIVER; ANDREW McFARLANE; VERONICA STEWART; RICKEY WILCOX; DANTAVIAN TILLMAN; JANN CHARRBONNEAU; JOSE RIVERA; BOBBY CLARK; YA-KENDALL WOODARD; JANN BRANCH; JANN YAWN; JANN CRAVERY; and MELISSA BEST, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 23rd day of September, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE